# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2016

154733

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* T L FOWLER, Minor.

SC: 154733
COA: 332259
Oakland CC Family Division:
2014-825871-NA

_____/

On order of the Court, the application for leave to appeal the October 18, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2016



Clerk

p1228